UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERIC SHIBLEY, <br><br> Defendant. | NO. MJ20-385 <br><br> [P~~ROPOSED~~] <br> ORDER GRANTING MOTION TO EXTEND TIME TO SEEK AN INDICTMENT |

This Court having considered the Agreed Motion of the parties, the Speedy Indictment Waiver filed by Defendant, and General Orders 01-20, 02-20, 03-20, and 08-20 suspending the grand jury proceedings as one measure to reduce the spread and health risks from COVID-19, hereby

FINDS that pursuant to 18 U.S.C. § 3161(h)(7), that the interests of justice require an extension of the time period set forth in 18 U.S.C. § 3161(b) for the return of an indictment in this case. Therefore,

IT IS ORDERED that the deadline to indict Defendant Eric Shibley in this matter is hereby extended to October 16, 2020.

DATED this ___8___ day of July, 2020.

BRIAN TSUCHIDA
Chief United States Magistrate Judge

Presented by:
*/s/ Brian D. Werner*
BRIAN D. WERNER
Assistant United States Attorney

ORDER EXTENDING TIME TO SEEK AN INDICTMENT- 1
*United States v. Eric Shibley,* MJ20-385

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970