The Honorable Michelle L. Peterson

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ 20-385-MLP |
| Plaintiff, | |
| | **MEMORANDUM REGARDING BOND VIOLATION HEARING** |
| v. | |
| ERIC SHIBLEY, | |
| Defendant. | |

11
12
13
14
15
16
17

The government hereby files the following Memorandum Regarding Bond Violation Hearing, scheduled for Monday, September 28, at 9am.  It is alleged that the Defendant Eric Shibley violated the conditions of his release: 1) by committing the crime of assault on or about September 12, 2020; and 2) by committing the crime of assault on or about September 15, 2020.

### I.     Legal standard applicable to bond violation hearing

Violations of conditions of release are governed by the provisions in 18 U.S.C. § 3148.  That section describes the standards of proof for the types of typical bond violations.  For the violation alleged here, a new crime, the statute states that the Court may revoke release and order detention if the Court finds "probable cause to believe that

18
19
20
21
22
23
24
25
26
27
28

*United States v. Shibley*, MJ 20-385MLP
Government's Memo Regarding Bond Violation Hearing - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  the person has committed a Federal, State, or local crime while on release …"  18 U.S.C.

2  § 3148(b)(1)(A) (emphasis added).

3       The Rules of Evidence do not apply to bond hearings like this one.  *See* Fed. R.

4  Evid. 1101(d) (evidence rules do not apply when "considering whether to release on bail

5  or otherwise).  Likewise, the Sixth Amendment Confrontation Clause applies to "criminal

6  prosecutions" and it does not apply to hearings under the Bail Reform Act.  *See United*

7  *States v. Bibbs*, 488 F.Supp.2d 925, 925-26 (N.D. Cal. 2007)

8      **II.**    **Evidence supporting new law violations**

9       At the hearing, the government will present the testimony of Seattle Police

10  Department Officer Jeremy Montgomery.  Officer Montgomery responded to both of the

11  domestic violence incidents between Mr. Shibley and the victim in this case.  The

12  government will offer exhibits including Officer Montgomery's police reports and

13  photographs.

14      **III.**    **Release on conditions or detention**

15       If the Court finds probable cause to believe that Mr. Shibley committed a new

16  crime and the Court finds that there are no conditions of release that will ensure that he

17  will not pose a danger to the safety of any other person or the community, Mr. Shibley

18  should be detained.  *See* 18 U.S.C. § 3148(b).

19       The government has multiple concerns about the release of Mr. Shibley.  First, to

20  the government's knowledge, he does not have a suitable residence, apart from the

21  victim, that has been cleared with the Probation Office.

22       Second, while Mr. Shibley seeks release under pretrial supervision, he has not

23  been candid with the Probation Officer about his relationship with the victim.  The victim

24  has been residing at Mr. Shibley's residence for months and has an intimate relationship

25  with Mr. Shibley.  Still, Mr. Shibley told his Probation Officer that the victim is merely

26  an acquaintance. *See* Memorandum, Dkt. #15 at 2.

27  //

28  //

*United States v. Shibley*, MJ 20-385MLP
Government's Memo Regarding Bond Violation Hearing - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       Third, the record in this case shows that Mr. Shibley is a danger to the victim and

2 he should be detained.

3       DATED this 25th day of September, 2020.

4                                Respectfully submitted,

5

6                                BRIAN T. MORAN
                                United States Attorney

7

8                                *s/ Brian Werner*

9                                BRIAN WERNER
                                Assistant United States Attorney

10                              United States Attorney's Office
                              700 Stewart Street, Suite 5220

11                              Seattle, Washington 98101

12                              E-mail: brian.werner@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Shibley*, MJ 20-385MLP
Government's Memo Regarding Bond Violation Hearing - 3